# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID VINCENT CARSON, CDCR #T30386,<br><br>Plaintiff,<br><br>vs.<br><br>F. MARTINEZ, et al.<br><br>Defendants. | Case No.: 3:16-CV-1736 JLS (BLM)<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS THE ENTIRE ACTION**<br><br>(ECF No. 117) |

Presently before the Court is the Parties' Joint Motion to Dismiss the Entire Action with Prejudice (ECF No. 117). Good cause appearing, the Court **GRANTS** the Joint Motion. As stipulated by the Parties, the Court **DISMISSES WITH PREJUDICE** the entire action, with each Party to bear its own costs and attorney's fees. The Honorable Barbara L. Major will retain jurisdiction to enforce the settlement.

**IT IS SO ORDERED.**

Dated: March 19, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge